# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CHERYL B. JOHNSON | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| U.S. RAILROAD RETIREMENT BOARD | : | NO. 17-4051 |
| Defendant | : | |

## ORDER

AND NOW, this 10th day of October, 2017, upon consideration of plaintiff's motion to proceed *in forma pauperis* and her *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED for the reasons stated in the Court's Memorandum. Plaintiff is not given leave to file an amended complaint in this case. However, the dismissal of this case is without prejudice to plaintiff pursuing her benefits claims before the Railroad Retirement Board and/or the appropriate United States court of appeals

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

/s/ Michael M. Baylson

MICHAEL M. BAYLSON, J.